1
2
3
4
5
6
7
8
9
10

# United States District Court
# Central District of California

| | |
|---|---|
| ROBERT KATZ, | Case No. 2:14-cv-05733-ODW(JEM) |
|         Plaintiff, | |
|     v. | **ORDER TO SHOW CAUSE RE.** |
| UNUM LIFE INSURANCE COMPANY | **SETTLEMENT** |
| OF AMERICA; DOES 1–50, inclusive, | |
|         Defendants, | |

In light of the parties' Notice of Settlement (ECF No. 13), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, **no later than Wednesday, May 13, 2015** why settlement has not been finalized.  No hearing will be held.  This Order to Show Cause will be discharged upon the filing of a stipulation to dismiss.

**IT IS SO ORDERED.**


May 11, 2015

                                              _____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**