1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT KATZ, M.D., an individual,<br><br>        Plaintiff,<br><br>    vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA, a corporation, and DOES 1-50, inclusive,,<br><br>        Defendant. | CASE NO. 2:14-cv-05733-ODW-JEMx<br><br>**[PROPOSED] ORDER GRANTING DISMISSAL OF CASE WITH PREJUDICE**<br><br><br>Complaint Filed: June 3, 2014 |

36046807v1 0962998

# ORDER OF DISMISSAL

The parties, by and through their attorneys of record, have stipulated to a dismissal of the entire action with prejudice.  IT IS HEREBY ORDERED that this action be dismissed with prejudice, in its entirety, pursuant to stipulation of the parties and pursuant to Federal Rule of Civil Procedure 41(a)(1).  Each party shall bear his/its own attorneys' fees and costs.

**IT IS SO ORDERED**.

DATED: May 12, 2015_        _____

THE HONORABLE OTIS D. WRIGHT

UNITED STATES DISTRICT JUDGE